UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 16-09618 |
| | ) | |
| | ) | Chapter: 13 |
| NICKOLAS J. ZITKO | ) | |
| | ) | Honorable Jacqueline Cox |
| | ) | |
| Debtor(s) | ) | |

## ORDER MODIFYING CHAPTER 13 PLAN

This cause coming before the Court on Debtor's Motion to Modify Chapter 13 Plan; the Court being fully advised in the premises and having jurisdiction of the subject matter, IT IS HEREBY ORDERED:

1. Debtor's Motion to Modify Chapter 13 Plan is granted.

2. Commencing with the July 2018 payment to the Chapter 13 Trustee, Debtor shall make monthly payments to the trustee in the amount of 850.00 monthly for the remainder of the plan term.

3. All other plan terms remain the same.

4. The Chapter 13 Trustee shall not be required to perform collections on behalf of creditors pursuant to any prior confirmed Plan.

Enter:  *Jacqueline P. Cox*
        J. Cox

Dated: JUL 2 3 2018

Honorable Jacqueline Cox
United States Bankruptcy Judge

**Prepared by:**
Joseph Scott Davidson
SULAIMAN LAW GROUP, LTD.
2500 South Highland Avenue
Suite 200
Lombard, Illinois 60148
+1 630-575-8181
jdavidson@sulaimanlaw.com

Counsel for Nicholas J. Zitko

Rev: 20170105_bko