## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| In Re: | Case No. 1:16-bk-09618 |
| NICKOLAS J. ZITKO | Chapter 13 |
| Debtor(s) | Honorable Jacqueline P. Cox |

## NOTICE OF MOTION

To:   *See attached service list*

**PLEASE TAKE NOTICE** that on **January 27, 2020 at 9:00 a.m.**, the undersigned will appear before the Honorable Jacqueline P. Cox at the Everett McKinley Dirksen United States Courthouse, 219 South Dearborn Street, Courtroom 719, Chicago, Illinois and will then and there present **DEBTOR'S MOTION TO MODIFY CHAPTER 13 PLAN**, a copy of which is hereby served upon you.

## CERTIFICATE OF SERVICE

I, Joseph Scott Davidson, hereby certify that I caused a copy of this notice and motion to be served, via electronic case filing to Tom Vaughn, Chapter 13 Trustee and via United States First Class Mail to all parties listed on the attached service list, on December 27, 2019 before the hour of 5:00 p.m. from the office located at 2500 South Highland Avenue, Suite 200, Lombard, Illinois 60148.

*/s/ Joseph S. Davidson*

Joseph S. Davidson
**SULAIMAN LAW GROUP, LTD.**
2500 South Highland Avenue
Suite 200
Lombard, Illinois 60148
+1 630-575-8181
jdavidson@sulaimanlaw.com

```
Label Matrix for local noticing          JPMorgan Chase Bank, N.A., successor by inte   U.S. Bankruptcy Court
0752-1                                    Mail Code: OH4-7164                            Eastern Division
Case 16-09618                             National Payment Services                      219 S Dearborn
Northern District of Illinois             P.O. Box 24785                                  7th Floor
Chicago                                   Columbus, OH 43224-0785                         Chicago, IL 60604-1702
Mon Jul  2 13:10:11 CDT 2018

AT&T Mobility                             Att Wireless*                                   Chase *
PO Box 6416                               P.O. Box 6416                                   3415 Vision Drive
Carol Stream, IL 60197-6416               Carol Stream, IL 60197-6416                     Mail Code OH4-7142
                                                                                          Columbus, OH 43219-6009


Chase *                                   Comcast                                         Comcast
ATTN:  Bankruptcy Department              2001 York Road                                  One Comcast Center
P.O. Box 15298                            Oak Brook, IL 60523-1973                        Philadelphia, PA 19103-2899
Wilmington, DE 19850-5298


Comcast                                   Convergent Outsourcing, Inc                    Convergent Outsourcing, Inc.
c/o Credit Management                     800 SW 39th Street                              PO Box 9004
4200 International Parkway                PO Box 9004                                     Renton, WA 98057-9004
Carrollton, TX 75007-1912                 Renton, WA 98057-9004


Cook County Clerk                         Cook County Clerk                               Credit One Bank
118 N. Clark Street                       69 W. Washington, Suite 500                     585 Pilot Road
Room 434                                  Chicago, IL 60602-3030                          Las Vegas, NV 89119-3619
Chicago, IL 60602-1413


Credit One Bank                           Credit One Bank                                 Discover Bank
PO Box 740237                             Po Box 98873                                    Discover Products Inc
Atlanta, GA 30374-0237                    Las Vegas, NV 89193-8873                        P.O. Box  3025
                                                                                          New Albany Ohio 43054-3025


(p)DISCOVER FINANCIAL SERVICES LLC        ER Solutions/Convergent Outsourcing, INC        Enhanced Recovery Co
PO BOX 3025                               Po Box 9004                                     Po Box 3002
NEW ALBANY OH 43054-3025                  Renton, WA 98057-9004                           Southeastern, PA 19398-3002


Enhanced Recovery Corp                    Equifax Information Services, LLC               Experian Information Solutions, Inc.
Attention: Client Services                1550 Peachtree Street NW                        475 Anton Boulevard
8014 Bayberry Road                        Atlanta, GA 30309-2468                          Costa Mesa, CA 92626-7037
Jacksonville, FL 32256-7412


Freedman Anselmo Lindberg                 Heavner Scott & Beyers                          IRS
1771 W. Diehl, Suite 150                  111 E. Main Street, #200                        Pob 7317
PO Box 3228                               Decatur, IL 62523-1204                          Philadelphia, PA 19101-7317
Naperville, IL 60566-3228


Illinois Department of Revenue            JPMorgan Chase                                  (p)JEFFERSON CAPITAL SYSTEMS LLC
Pob 64338                                 270 Park Avenue                                 PO BOX 7999
Chicago, IL 60664-0291                    New York, NY 10017-2014                         SAINT CLOUD MN 56302-7999
```

| | | |
|---|---|---|
| LVNV Funding, LLC its successors and assignees assignee of FNBM, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Osi Collect<br>507 Prudential Road<br>Horsham, PA 19044-2308 | Southwest Credit<br>4120 International Parkway, Suite 1100<br>Carrollton, TX 75007-1958 |
| Southwest Credit System<br>4120 International Parkway Suite 1100<br>Carrollton, TX 75007-1958 | (p)SPRINT NEXTEL CORRESPONDENCE<br>ATTN BANKRUPTCY DEPT<br>PO BOX 7949<br>OVERLAND PARK KS 66207-0949 | Sprint<br>PO Box 3827<br>Englewood, CO 80155-3827 |
| Trans Union LLC<br>P.O. Box 2000<br>Chester, PA 19016-2000 | Verizon<br>500 Technology Drive<br>Ste 550<br>Weldon Spring, MO 63304-2225 | Verizon Communications, Inc<br>1515 Woodfield Road<br>Schaumburg, IL 60173-6007 |
| Verizon Wireless<br>1 Verizon Place<br>Alpharetta, GA 30004-8510 | Waukesha Memorial Hospital Inc<br>725 American Avenue<br>Waukesha, WI 53188-5099 | Joseph S Davidson<br>Sulaiman Law Group, Ltd.<br>2500 S. Highland Ave<br>Suite 200<br>Lombard, IL 60148-7103 |
| Nickolas J Zitko<br>7254 Kedvale Avenue<br>Lincolnwood, IL 60712-2017 | Patrick S Layng<br>Office of the U.S. Trustee, Region 11<br>219 S Dearborn St<br>Room 873<br>Chicago, IL 60604-2027 | Tom Vaughn<br>55 E. Monroe Street, Suite 3850<br>Chicago, IL 60603-5764 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Discover Financial Services<br>2500 Lake Cook Road<br>Deerfield, IL 60015 | (d)Discover Financial Services LLC<br>Po Box 15316<br>Wilmington, DE 19850 | Jefferson Capital Systems LLC<br>Purchased From Verizon Wireless<br>Po Box 7999<br>Saint Cloud Mn 56302-9617<br>Orig By: Verizon Wireless |
| Sprint<br>6391 Sprint Parkway<br>Overland Park, KS 66251 | (d)Sprint<br>Attn Bankruptcy Dept<br>PO Box 7949<br>Overland Park KS 66207-0949 | End of Label Matrix<br>Mailable recipients    44<br>Bypassed recipients     0<br>Total                  44 |

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In Re:<br><br>NICKOLAS J. ZITKO<br><br>Debtor(s) | Case No. 1:16-bk-09618<br><br>Chapter 13<br><br>Honorable Jacqueline P. Cox |

## DEBTOR'S MOTION TO MODIFY PLAN

NOW COMES, NICKOLAS J. ZITKO ("Debtor"), through undersigned counsel, pursuant to 11 U.S.C. §1329 moves the Court to Modify Chapter 13 Plan. In support thereof, Debtor states as follows:

1. On March 21, 2016, Debtor filed a voluntary petition for relief under Chapter 13 of the Bankruptcy Code [Doc. #1].

2. On May 16, 2016, an Order Confirming Plan was entered [Doc. # 36].

3. Debtor's confirmed plan provides, in pertinent part:

    1. *Initial plan term*.  The debtor will pay to the trustee $932.00 monthly for 60 months for total payments, during the initial plan term, of $55,920.00.

    8. *General unsecured claims (GUCs)*.  All allowed nonpriority unsecured claims *** shall be paid, pro rata, in full.

4. On July 10, 2017, an Order Modifying Plan was entered [Doc. # 47].

5. Debtor's monthly payment was reduced to $800.00 monthly for the remainder of the plan term.

6. On July 23, 2018, an Order Modifying Plan was entered [Doc. # 58].

7. Debtor's monthly payment was increased to $850.00 monthly for the remainder of the plan term.

8. Debtor mistakably continued to pay $800.00 monthly to the trustee; accruing a $2,500.00 default.

9. Debtor recently paid $800.00 to the trustee that has not yet been received.

10. Accordingly, Debtor proposes deferring the remaining $1,700.00 default, and paying to the trustee $964.00 for the remaining plan term – beginning with the January 2020 payment.

11. Modifying Debtor's plan will not prejudice the general unsecured creditors, as they will continue to be paid, *in full*, as provided for in Debtor's confirmed plan.

**WHEREFORE**, Debtor respectfully requests this Court enter an Order Modifying Debtor's Chapter 13 Plan to defer the $1,700.00 default to the end of the plan term; to increase the Debtor's payment to the trustee to $964.00 monthly for the remaining plan term; and grant any other relief deemed appropriate and equitable.

Dated: December 27, 2019            Respectfully submitted,

**NICHOLAS J. ZITKO**

By: */s/ Joseph S. Davidson*

Joseph S. Davidson
**SULAIMAN LAW GROUP, LTD.**
2500 South Highland Avenue
Suite 200
Lombard, Illinois 60148
+1 630-575-8181
jdavidson@sulaimanlaw.com