UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 16-09618 |
| | ) | |
| | ) | |
| NICKOLAS J. ZITKO | ) | Chapter: 13 |
| | ) | Honorable Jacqueline Cox |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

## ORDER MODIFYING CHAPTER 13 PLAN

This cause coming before the Court on Debtor's Motion to Modify Chapter 13 Plan; the Court being fully advised in the premises and having jurisdiction of the subject matter, IT IS HEREBY ORDERED:

1. Debtor's Motion to Modify Chapter 13 Plan is granted.

2. Debtor's existing default in payments to the Chapter 13 Trustee of $1,700.00 shall be deferred to the end of the plan term.

3. Commencing with the January 2020 payment to the Chapter 13 Trustee, Debtor shall make monthly payments to the trustee in the amount of $964.00 monthly for the remainder of the plan term.

4. All other plan terms remain the same.

Enter: *Jacqueline B. Cox*
J. Cox

Honorable Jacqueline Cox
United States Bankruptcy Judge

Dated: JAN 2 7 2020

**Prepared by:**
Joseph S. Davidson
SULAIMAN LAW GROUP, LTD.
2500 South Highland Avenue
Suite 200
Lombard, Illinois 60148
+1 630-575-8181
jdavidson@sulaimanlaw.com

Counsel for Nicholas J. Zitko

Rev: 20170105_bko