UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| RE: NICKOLAS J ZITKO | ) Case No. 16 B 09618 |
| | ) |
| Debtor | ) Chapter 13 |
| | ) |
| | ) Judge: JACQUELINE P COX |

## NOTICE OF MOTION

| | |
|---|---|
| NICKOLAS J ZITKO | SULAIMAN LAW GROUP LTD |
| | via Clerk's ECF noticing procedures |
| 7254 KEDVALE AVE | |
| LINCOLNWOOD, IL 60712 | |

Please take notice that on January 11, 2021 at 9:00 am., I will appear before the Honorable Judge JACQUELINE P COX or any judge sitting in the judge's place, present the motion set forth below.

**This motion will be presented and heard electronically using Zoom for Government.**
No personal appearance in court is necessary or permitted. To appear and be heard on the motion, you must do the following:

**To appear by video,** (1) use this link: https://www.zoomgov.com/. (2) Enter the meeting ID 1612732896. (3) Enter the passcode 778135.

**To appear by telephone,** (1) call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. (2) Enter the meeting ID 1612732896. (3) Enter passcode 778135.

**When prompted identify yourself by stating your full name.**

**To reach Judge Cox's web page** go to www.ilnb.uscourts.gov and click on the tab for Judges.

**If you object to this motion** and want it called on the presentment date above, you may file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may call the matter regardless.

I certify under penalty of perjury that this office caused a copy of this notice to be delivered to the persons named above by U.S. mail at 55 E Monroe St., Chicago, IL 60603 or by the methods indicated on December 17, 2020.

/s/ M. O. Marshall

**TRUSTEE'S MOTION TO DISMISS FOR FAILURE TO MAKE PLAN PAYMENTS**

Now comes M. O. Marshall, Trustee in the above entitled case and moves the Court to dismiss this case in support thereof states:

1. On March 21, 2016 the Debtor filed a petition under Chapter 13 of Title 11 U.S.C.

2. The debtor's plan was confirmed on May 16, 2016.

   A summary of the debtor's plan follows:

| | |
|---|---|
| Monthly Payment $964.00 | Last Payment Received: 09/14/2020 |
| Amount Paid $44,892.00 | Amount Delinquent $2,892.00 |

WHEREFORE, the Trustee prays that this case be dismissed for material default by the debtor with respect to the term of a confirmed plan, pursuant to § 1307 (c) (6).

Respectfully submitted,
/s/ M. O. Marshall

M. O. MARSHALL
CHAPTER 13 TRUSTEE
55 East Monroe, Suite 3850
Chicago, IL 60603
(312) 294-5900